UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | No. |
| v. | ) ) ) | Designated Magistrate Judge: |
| EMELINDA E PARRA PEREZ A/K/A EMELINDA PEREZ A/K/A EMELINDA E PARRA A/K/A EMELINDA E PEREZ A/K/A EMELINDA E PARRA-PEREZ, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT

The United States of America, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, brings this action against the defendant, EMELINDA E PARRA PEREZ A/K/A EMELINDA PEREZ A/K/A EMELINDA E PARRA A/K/A EMELINDA E PEREZ A/K/A EMELINDA E PARRA-PEREZ, and for its cause of action states:

1. This Court has jurisdiction over this matter pursuant 28 U.S.C. § 1345.

2. The defendant, EMELINDA E PARRA PEREZ A/K/A EMELINDA PEREZ A/K/A EMELINDA E PARRA A/K/A EMELINDA E PEREZ A/K/A EMELINDA E PARRA-PEREZ, resides within the jurisdiction of the court.

3. Pursuant to the provisions of Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1071 – 1087-2, and regulations promulgated thereunder 34 C.F.R. Part 682, the defendant executed promissory notes as more fully set forth in the Certificate of Indebtedness attached hereto as Exhibits "A" and "B", respectively.

4. All due credits and set-offs have been applied to the debt and there remains due and owing the principal sum of $2,629.45 plus $4,489.78 interest through October 26, 2010, with interest continuing to accrue at 9.00% per annum from October 26, 2010, which debt, despite demand, has not been paid.

WHEREFORE, the United States demands judgment against the defendant as follows:

a. in the amount of $7,119.23 ($2,629.45 principal and $4,489.78 interest accrued through October 26, 2010);

b. interest to continue to accrue at the rate of 9.00% per annum until the date of Judgment;

c. costs of suit; including but not limited to, filing fee of $150.00, as authorized by 28 U.S.C. §2412(a)(2); and

d. for such other proper relief as this court may deem just.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/*Ashley K. Rasmussen*
ASHLEY K. RASMUSSEN
Potestivo & Associates, P.C.
Attorneys for Plaintiff
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
arasmussen@potestivolaw.com.
312-263-0003